**Opinion issued June 18, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-24-00295-CV**

————————————

**IN RE ADERONKE ADEREMI, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator Aderonke Aderemi, proceeding pro se, has filed an "Application for Writ of Prohibition, and[/]or Writ of Mandamus," seeking to "prohibit the trial court Judge Audrie Lawton-Evans without jurisdiction from unlawful interference, reviewing, interpreting, relitigating the immediate refiling of [real party in interest,] Massandra KV Vineyards Owner LLC[,] forcible detainer suit before the mandate

was issued and the trial court unlawfully on April 9[], 2024 setting under advisement the Honorable First Court of Appeals mandate issued on January 19[], 2024."[1]

Our review of relator's mandamus petition reflects that relator has failed to establish that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.

---

[1] The underlying case is *Massandra KV Vineyards Owner LLC v. Aderonke Aderemi*, Cause No. 1224685, in the County Civil Court at Law No. 2 of Harris County, Texas, the Honorable Jim F. Kovach presiding.